AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rodolfo CUEVAS BOJORQUEZ<br><br>*Defendant(s)* | Case No. EP-25-M-4427-RFC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___08/09/2025___ in the county of ___El Paso___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841 (a) (1) | possess with intent to distribute a contro substance, to wit: approximately 29.76 kilograms (gross weight) of methamphetamine |
| Title 21 U.S.C. § 952 | knowingly and intentionally import into the United States from Mexico a control substance, to wit: approximately 29.76 kilograms (gross weight) of methamphetamine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At __1__ : __09__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

_____
*Complainant's signature*

Salvadora Anaya Simoes, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/11/2025___

_____
*Judge's signature*

City and state: ___El Paso, Texas___       Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

FILED
AUG 11 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

AFFIDAVIT

On August 09, 2025, at approximately 1917 hours, Rodolfo CUEVA BOJORQUEZ applied for entry into the United States from Ciudad Juarez, Mexico, through the Bridge of the Americas (BOTA) Port of Entry in El Paso, Texas. This area is in the Western District of Texas.

During primary inspection, a United States Customs and Border Protection Officer (CBPO) received an alert from the Low Energy Portal (LEP) indicating rectangle anomalies within the vehicle driven by CUEVA BOJORQUEZ. When the primary CBPO questioned CUEVAS BOJORQUEZ about the purpose of his travel and the ownership of the vehicle, CUEVA BOJORQUEZ stated he was delivering two hundred $200 to his sister in El Paso and that the vehicle belonged to his grandfather.

CUEVAS BOJORQUEZ exhibited visible signs of nervousness, including shaky hands and attempting to rush the inspection, by answering questions before they were asked. CUEVA BOJORQUEZ provided a negative U.S. Customs Declaration. The primary CBPO inspected the areas identified by the LEP and discovered two (2) pieces of wood separating the headliner from the roof of the vehicle. CUEVA BOJORQUEZ was referred to secondary for further inspection.

At secondary inspection, a CBPO requested assistance from Canine Enforcement Officer to conduct a sweep of the vehicle. CUEVA BOJORQUEZ immediately asked if a dog would be inspecting his vehicle. CUEVA BOJORQUEZ became noticeably more nervous, he repeatably looked over to his vehicle being inspected and the southbound lanes, shifting his body as if preparing to flee toward Mexico.

The CEO conducted a sweep of the vehicle with a K9. The K9 alerted to the rear area of the vehicle. CBP Officers placed CUEVA BOJORQUEZ in hand restraints after finding plastic wrapped bundles within the vehicle.

A field test was conducted on samples taken from two (2) randomly selected bundles. The substance tested positive for the properties of Methamphetamine. A total of 55 bundles were removed from the vehicle, weighing approximately 29.76 Kilograms (65.61 lbs).

Homeland Security Investigations (HSI) Special Agent (SA) and Task Force Officer (TFO) conducted an interview of CUEVA BOJORQUEZ.

CUEVAS BOJORQUEZ was advised of his Miranda Rights, which he acknowledged and waived, agreeing to speak with agents without the presence of legal counsel. CUEVAS BOJORQUEZ provided the following non-verbatim statement.

During the interview, CUEVA BOJORQUEZ stated that he is a citizen of Mexico residing in Ciudad de Juarez (CDJ), Chihuahua, Mexico. He explained that a friend approached him in the past seeking drivers to transport narcotics in vehicles into El Paso, Texas. CUEVA BOJORQUEZ claimed that he initially agreed to help recruit drivers but was unable to find someone who would do it.

CUEVA BOJORQUEZ stated that the same friend recently contacted him with a different request, to pick up a truck from Dallas, Texas and drive it back to El Paso. CUEVA BOJORQUEZ stated he completed that trip and was promised $1,100 for his services, however, he claimed he never received the payment. CUEVA BOJORQUEZ added that his friend mentioned the truck was for a cartel, but did not know which one.

CUEVA BOJORQUEZ further stated that the same friend recently offered him $1,500 to drive a vehicle from CDJ, Mexico to El Paso, Texas, to pick up currency in Las Cruces, New Mexico and return it to CDJ. CUEVA BOJORQUEZ admitted he accepted the arrangement and was aware that the currency he was picking up proceeds from drug trafficking.

CUEVA BOJORQUEZ claimed that he was not aware narcotics were concealed in the vehicle at the time of his arrest, he asserted that his only role was to transport currency from Las Cruces, New Mexico to CDJ, Mexico.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.