FILED
September 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODOLFO CUEVAS BOJORQUEZ,<br><br>Defendant. | **I N D I C T M E N T**  Case No: EP:25-CR-02111-KC<br><br>**CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and<br><br>**CT 2:** 21:841(a)(1) and 18:2-Possession of a Controlled Substance with Intent to Distribute and Aiding and Abetting. |

THE GRAND JURY CHARGES:

## COUNT ONE

That beginning on or about January 1, 2025, and continuing through and including on or about August 9, 2025, in the Western District of Texas, Defendant,

**RODOLFO CUEVAS BOJORQUEZ**,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of methamphetamine involved in the conspiracy and attributable to the Defendant as a result of the Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to the Defendant is 50 grams or more, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO

That on or about August 9, 2025, in the Western District of Texas, Defendant,

**RODOLFO CUEVAS BOJORQUEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney